IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:13CR331 |
| Plaintiff, | ) | |
| -vs- | ) | **O R D E R** |
| Robert D. Murray, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize Mallory H. Hughes, as a proposed Criminal Justice Act Training Panel Member, to assist in the defense of Robert D. Murray.

Accordingly, pursuant to the terms of Appendix I, Part 1(c) of the Amended Criminal Justice Act Plan for the District of Nebraska, Mallory N. Hughes is hereby assigned to assist the CJA Panel Attorney Stuart J. Dornan in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith.  Mallory N. Hughes shall not be eligible to receive compensation for his services in this case.

CJA Panel Attorney Stuart J. Dornan shall continue to be primary counsel on behalf of the Defendant, Robert D. Murray.

Dated this 3rd day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge